

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BOBBY RAY WILLIAMS,<br>    a/k/a "Berkeley Bob," "Cutthroat,<br>MICHAEL GREEN JOHNSON,<br>    a/k/a "Project Mike,"<br>EDDIE SHERMAN THOMAS,<br>    a/k/a "Eddie Amps,"<br>SHERMAN GAY,<br>    a/k/a "Sherm,"<br>LEON WILSON,<br>    a/k/a "E-Luv,"<br>MARK GIBSON,<br>DEMETRIZ ANTOINE LEWIS,<br>    a/k/a "Meechie,"<br>STEPHEN LOUIS MONTGOMERY,<br>ANTOINE DEMETRIUS SMITH,<br>    a/k/a "Moto,"<br>JOSE CARLOS BATRIZ,<br>TANYA WALTON,<br>CARL MICHAEL GATLIN,<br>    a/k/a "Spoat,"<br>MARTIN EUGENE ROBERTS,<br>    a/k/a "Marty Breeze,"<br>TERRANCE TYRICE THOMAS,<br>    a/k/a "Squeek,"<br>LEONARD DAN GORDON,<br>    a/k/a "G-Money,"<br><br>    Defendants. | No.  **4-06-70144** WDB<br><br>[~~PROPOSED~~] ORDER TO SEAL COMPLAINT AND ATTACHED AFFIDAVIT, THE MOTION TO SEAL, AND THIS SEALING ORDER UNTIL MARCH 14, 2006 AT 4 P.M. |

1  Upon the motion of the United States and good cause having been shown, IT IS HEREBY
2  ORDERED that the Affidavit of Richard M. Davis in support of the complaint, the Criminal
3  Complaint, the motion to seal, and the sealing Order be filed under seal and remain under seal until
4  Tuesday, March 14, 2006, at 4:00 p.m., except that one copy of the documents be provided by the
5  Clerk of the Court to Special Agent Richard M. Davis.
6  IT IS SO ORDERED.
7  DATED: March /3, 2006

HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE