IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TERRANCE T. THOMAS, et al.<br><br>  Defendants. | NO. CR 06-189 SBA<br><br>**COURT ORDER RE: DEFENSE INVESTIGATOR CONTACT VISITS IN JAIL** |

Good cause appearing, IT IS HEREBY ORDERED that the Glen Deyer (North County) Jail and the U.S. Marshal allow contact visits between defense investigators and the incarcerated defendants in this case when those contact visits are confirmed in advance with the U.S. Marshal by the attorney of record for the particular defendant(s) involved.


SO ORDERED


DATE 9-12-06

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE