SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> MICHAEL GREEN JOHNSON, et al., ) <br> ) <br>     Defendants. ) <br> _____ ) | No.  CR 06-00189 SBA <br><br> STIPULATION AND ORDER TO RESCHEDULE FURTHER STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

     Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Garth Hire, and defendants Michael Green Johnson, Bobby Ray Williams, Eddie Sherman Thomas, Stephen Louis Montgomery, Antoine Demetrius Smith, Martin Eugene Roberts, and Leonard Dan Gordon ("defendants"), by and through their respective counsel of record, Mark R. Vermeulen, Harold Rosenthal, Richard Tamor, Juliana Drous, Garrick Lew, Geri Lynn Green, and Laurel Headley, hereby stipulate as follows:

     1.    Defendants are presently scheduled for further status conference before this Court on November 27, 2007.  The Court has previously determined, pursuant to 18 U.S.C.

STIPULATION AND PROPOSED ORDER TO RESCHEDULE
FURTHER STATUS CONFERENCE HEARING AND
EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

§§ 3161(h)(8)(A), (B)(ii), that this matter is so complex, due to the number of the defendants and the nature of the prosecution (including the extremely voluminous nature of the electronic and non-electronic wiretap discovery), that it would be unreasonable to expect adequate preparation for pretrial proceedings and trial with the time limits established by the Speedy Trial Act.

2. Due to the defendants' continuing need to review the voluminous discovery in this case and to evaluate the voluminous discovery in this case as it relates to potential motions to suppress and pretrial preparation, the parties jointly request that the further status conference presently scheduled for 9 a.m. on November 27, 2007, be continued to 9 a.m. on January 15, 2008.

3. The parties agree and stipulate, and request that the court find the following:

    a. The ends of justice outweigh the interest of the public and the defendants in a trial within the date prescribed by the Speedy Trial Act because:

        (i) this matter is so complex, due to the number of the defendants and the nature of the prosecution (including the extremely voluminous nature of the electronic and non-electronic wiretap discovery), that it would be unreasonable to expect adequate preparation for pretrial proceedings and trial with the time limits established by the Speedy Trial Act; and

        (ii) defendants' counsel intends to use the additional time until the next further status conference to continue to review the discovery and evaluate the need for pretrial motions and to adequately prepare for trial and potentially to resolve the case for all remaining defendants.

    b. Based on the foregoing, the parties request that the Court find that for the purpose of computing time under the Speedy Trial Act, within which the matter must proceed to

///
///
///
///

STIPULATION AND PROPOSED ORDER TO RESCHEDULE
FURTHER STATUS CONFERENCE HEARING AND
EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

trial, the time period of November 27, 2007, to January 15, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(ii).

IT IS SO STIPULATED.

SCOTT N. SCHOOLS
United States Attorney

Dated: _____  /s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: _____  /s/
MARK R. VERMEULEN

Attorney for Defendant
Michael Green Johnson

Dated: _____  /s/
HAROLD ROSENTHAL

Attorney for Defendant
Bobby Ray Williams

Dated: _____  /s/
RICHARD TAMOR

Attorney for Defendant
Eddie Sherman Thomas

Dated: _____  /s/
JULIANA DROUS

Attorney for Defendant
Stephen Louis Montgomery

Dated: _____  /s/
GARRICK LEW

Attorney for Defendant
Antoine Demetrius Smith

STIPULATION AND PROPOSED ORDER TO RESCHEDULE
FURTHER STATUS CONFERENCE HEARING AND
EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Dated: ⎯⎯⎯⎯⎯⎯⎯  /s/
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
GERI LYNN GREEN

Attorney for Defendant
Martin Eugene Roberts

Dated: ⎯⎯⎯⎯⎯⎯⎯  /s/
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
LAUREL HEADLEY

Attorney for Defendant
Leonard Dan Gordon

**ORDER**

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES.  THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1.  The currently scheduled further status conference hearing at 9 a.m. on November 27, 2007, is vacated and a hearing for further status conference is now scheduled for 9:00 a.m. on January 15, 2008.

2.  The time period from November 27, 2007, to January 15, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(ii) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial because the matter is so complex, due to the number of the defendants and the nature of the prosecution (including the extremely voluminous nature of the electronic and non-electronic wiretap discovery), that it would be unreasonable to expect adequate preparation for pretrial proceedings and trial with the time limits established by the Speedy Trial Act.

DATED: 11/26/07     ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER TO RESCHEDULE
FURTHER STATUS CONFERENCE HEARING AND
EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

4