JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00189 SBA |
|     Plaintiff, | STIPULATION TO SCHEDULE HEARINGS FOR CHANGE OF PLEA AND SENTENCING; ORDER EXCLUDING TIME |
|     v. | |
| MICHAEL GREEN JOHNSON, BOBBY RAY WILLIAMS, STEPHEN LOUIS MONTGOMERY LEONARD DAN GORDON, | |
|     Defendants. | |

Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

1. The government and defendants Michael Green Johnson, Bobby Ray Williams, Stephen Montgomery, and Leonard Gordon have reached negotiated dispositions in which defendants would plead guilty pursuant to binding plea agreements.

2. Accordingly, the parties hereby submit the proposed plea agreements, submitted under separate cover for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the following:

(a) That the parties have each submitted a plea agreement for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C); and

(b) that a hearing for change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on April 1, 2008, for defendant Bobby Ray Williams; and that the time period from January 11, 2008, through April 1, 2008, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C);

(c) that a hearing for change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on April 8, 2008, for defendants Michael Green Johnson, Stephen Louis Montgomery, and Leonard Dan Gordon; and that the time period from January 11, 2008, through April 8, 2008, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a

proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

IT IS SO STIPULATED.

| | |
|---|---|
| DATE: January 10, 2008 | Respectfully submitted,<br><br>JOSEPH P. RUSSONIELLO<br>United States Attorney<br><br>_____/s/[1]_____<br>GARTH HIRE<br>Assistant United States Attorney<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| DATE: January 10, 2008 | _____/s/_____<br>MARK R. VERMEULEN, ESQ.<br><br>Counsel for Michael Green Johnson |
| DATE: January 10, 2008 | _____/s/_____<br>HAROLD ROSENTHAL, ESQ.<br><br>Counsel for Bobby Ray Williams |
| DATE: January 10, 2008 | _____/s/_____<br>JULIANA DROUS, ESQ.<br><br>Counsel for Stephen Montgomery |
| DATE: January 10, 2008 | _____/s/_____<br>LAUREL HEADLEY, ESQ.<br><br>Counsel for Leonard Gordon |

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on April 1, 2008, for defendant Bobby Ray Williams. Time is excluded for purposes of the Speedy Trial Act from January 11, 2008, through the hearing date of April 1, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

2. A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on April 8, 2008, for defendants Michael Green Johnson, Stephen Louis Montgomery, and Leonard Dan Gordon. Time is excluded for purposes of the Speedy Trial Act from January 11, 2008, through the hearing date of April 8, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

3. The presently scheduled status conference in this matter for Tuesday, January 15, 2008, at 9 a.m., is vacated as to defendants Bobby Ray Williams, Michael Green Johnson, Stephen Louis Montgomery, and Leonard Dan Gordon.

4. The United States Probation Office is ordered to prepare a Presentence Report for defendants Bobby Ray Williams, Michael Green Johnson, Stephen Louis Montgomery, and Leonard Dan Gordon.

DATED: 1/14/08

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE